# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:15-cv-00062---SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| | (Doc. 9) |
| RAVINDER KAUR, d/b/a HARRY'S LIQUOR & GAS; DALER SINGH, individually and d/b/a HARRY'S LIQUOR & GAS, | |
| Defendants. | |

The Court has reviewed the Parties' stipulation and, good cause appearing, Defendants Ravinder Kaur, b/d/a Harry's Liquor & Gas, and Daler Singh, individually and d/b/a Harry's Liquor & Gas, shall have up to and including March 9, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **February 12, 2015**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE