# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAVINDER KAUR, dba HARRY'S LIQUOR & GAS; DALER SINGH, individually and dba HARRY'S LIQUOR & GAS,<br><br>　　　　　　Defendants.<br>_____/ | Case No.  1:15-cv-00062-MCE-SKO<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANTS RAVINDER KAUR, dba HARRY'S LIQUOR & GAS and DALER SINGH, individually and dba HARRY'S LIQUOR & GAS TO RESPOND TO THE COMPLAINT**<br><br>(Doc. 16) |

　　　The parties have previously stipulated to extensions of time for Ravinder Kaur, d/b/a Harry's Liquor and Gas, and Daler Singh, individually and d/b/a Harry's Liquor and Gas ("Defendants") to respond to the Complaint to March 9, 2015.  (Doc. 8.)  The parties request a further extension of time to continue settlement negotiations and to settle on a proposed plan of remediation.  (Doc. 10.)

　　　The Court has reviewed the parties' stipulation and, good cause appearing, Defendants shall have up to and including April 16, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  **April 3, 2015**　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE